IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LITL LLC,<br><br>        Plaintiff,<br><br>v.<br><br>LENOVO (UNITED STATES), INC. and<br>LENOVO (BEIJING) LTD.<br><br>        Defendants. | Civil Action No.  1:20-cv-00689-RGA |

**LITL LLC'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE
A SUR-REPLY IN OPPOSITION TO LENOVO (BEIJING) LTD'S
<u>MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM</u>**

LiTL maintains that a sur-reply is necessary here.  Lenovo Beijing Ltd ("Lenovo Beijing") argues that "[t]here is no reason that causation should not apply at the pleadings stage" (D.I. 40 at 5) but cites no supporting authority despite LiTL's invitation to do so (D.I. 39-1 at 1).  There is no such case because that is not the law.

Lenovo Beijing thus has no authority to support its conclusion that "even if 'subsumed' [by the three elements of inducement], causation still needs to be alleged." D.I. 40 at 4.  To the contrary, because it is subsumed within the three elements of inducement, causation is adequately alleged when the three elements of inducement are sufficiently pled.

Lenovo Beijing labels "ironic[]" LiTL's reliance on *Power Integrations* and "other cases that do not involve pleadings challenges" (D.I. 40 at 4), implying this is somehow inconsistent with LiTL's argument that causation is adequately pled when the other three elements of inducement are pled (D.I. 39-1 at 2).  There is no inconsistency:  LiTL agrees that to prevail on inducement a plaintiff must prove causation ***at trial***.  And *Power Integrations*, which reviewed a JMOL decision

on inducement, illustrates the type of evidence that is relevant to whether a plaintiff proved its case at trial. As the party challenging LiTL's pleadings, however, it is incumbent upon Lenovo Beijing to cite cases that address the pleadings standard that controls its motion to dismiss. Despite three opportunities (D.I. 35, 37, 40), Lenovo Beijing has failed to cite even a single case.

      Accordingly, LiTL's proposed sur-reply should be permitted in order to address Lenovo's legal error.

Date: April 26, 2021

OF COUNSEL:

Michael A. Albert
Eric J. Rutt
Gerald B. Hrycyszyn
Marie A. McKiernan
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Robert M. Vrana*
Adam W. Poff (#3990)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com

*Counsel for LiTL LLC*

28046848

## **CERTIFICATE OF SERVICE**

I, Robert M. Vrana, hereby certify that on April 26, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld
> Rodger D. Smith II
> Cameron P. Clark
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> jblumenfeld@mnat.com
> rsmith@mnat.com
> cclark@mnat.com

I further certify that on April 26, 2021, I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following counsel:

> Lai L. Yip
> SHEPPARD, MULLIN, RICHTER &
>   HAMPTON LLP
> Four Embarcadero Center
> San Francisco, CA 94111
> (415) 434-9100
> lyip@sheppardmullin.com
>
> Martin R. Bader
> Michael J. Hopkins
> SHEPPARD, MULLIN, RICHTER &
>   HAMPTON LLP
> 12275 El Camino Real
> Suite 200
> San Diego, CA 92130
> (858) 720-8900
> mbader@sheppardmullin.com
> mhopkins@sheppardmullin.com

*Attorneys for Defendants*

*Lenovo (United States) Inc. & Lenovo (Beijing) Ltd.*

| | |
|---|---|
| Date: April 26, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/ Robert M. Vrana* |
| | Adam W. Poff (No. 3990) |
| | Robert M. Vrana (No. 5666) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, DE 19801 |
| | (302) 571-6600 |
| | apoff@ycst.com |
| | rvrana@ycst.com |
| | |
| | *Counsel for LiTL LLC* |