IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LITL LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-689 (RGA) |
| ) | |
| LENOVO (UNITED STATES), INC. and ) | |
| LENOVO (BEIJING) LTD., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF GRANT OF EX PARTE REEXAMINATION AND NOTICE OF FILING OF REQUEST FOR EX PARTE REEXAMINATION**

Defendant Lenovo (United States), Inc. ("Lenovo U.S.") hereby notifies the Court that on April 14, 2022, the United States Patent and Trademark Office ("USPTO") granted Lenovo U.S.'s request for *Ex Parte* Reexamination of claims 1-20 of U.S. Patent No. 9,880,715 B2 ("'715 patent"). A true and correct copy of the correspondence from the USPTO from April 14, 2022 is attached hereto as Exhibit A. In the correspondence, the USPTO granted Lenovo U.S.'s request for *Ex Parte* Reexamination of claims 1-20 of the '715 patent because a substantial new question of patentability was raised by the prior art cited in the request. *See* Ex. A, p. 2.

Lenovo U.S. hereby further notifies the Court that on February 25, 2022, it filed a Request for *Ex Parte* Reexamination of claims 10 and 16 of U.S. Patent No. 8,624,844 B2 ("'844 Reexamination Request") with the USPTO. A true and correct copy of Lenovo U.S.'s '844 Reexamination Request is attached hereto as Exhibit B. Lenovo U.S. further notifies the Court that on April 4, 2022, the USPTO granted Lenovo U.S.'s request for *Ex Parte* Reexamination of claims 10 and 16 of the '844 patent. A true and correct copy of the correspondence from the USPTO from April 4, 2022 is attached hereto as Exhibit C. In the correspondence, the USPTO granted Lenovo U.S.'s request for *Ex Parte* reexamination of claims 10 and 16 of the '844 patent

because a substantial new question of patentability was raised by the prior art cited in the request. *See* Ex. C, p. 2.

Lenovo U.S. hereby further notifies the Court that on May 6, 2022, it filed a Request for *Ex Parte* Reexamination of claims 1-9 and 11-15 of U.S. Patent No. 10,289,154 B2 ("'154 Reexamination Request") with the USPTO. A true and correct copy of Lenovo U.S.'s '154 Reexamination Request is attached hereto as Exhibit D. Lenovo U.S. will keep the Court apprised of the USPTO's decision on the '154 Reexamination Request when it issues.

Lenovo U.S. hereby further notifies the Court that on May 24, 2022, it filed a Request for *Ex Parte* Reexamination of claims 11-22 and 24-32 of U.S. Patent No. 6,289,688 B2 ("'688 Reexamination Request") with the USPTO. A true and correct copy of Lenovo U.S.'s '688 Reexamination Request is attached hereto as Exhibit E. Lenovo U.S. will keep the Court apprised of the USPTO's decision on the '688 Reexamination Request when it issues.

A table summary of the Requests for *Ex Parte* Reexamination that have been filed, and those that have been granted, is provided below for the Court's reference and convenience:

| Patent | Request for *Ex Parte* Reexamination **filed** | Request for *Ex Parte* Reexamination **granted** |
|---|---|---|
| 9,880,715 | February 16, 2022 | April 14, 2022 |
| 8,624,844 | February 25, 2022 | April 4, 2022 |
| 10,289,154 | May 6, 2022 | Pending |
| 6,289,688 | May 24, 2022 | Pending |

OF COUNSEL

Martin R. Bader
Michael J. Hopkins
SHEPPARD, MULLIN, RICHTER &
  HAMPTON LLP
12275 El Camino Real
Suite 200
San Diego, CA  92130
(858) 720-8900

Lai L. Yip
SHEPPARD, MULLIN, RICHTER &
  HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
(415) 434-9100

June 2, 2022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

        I hereby certify that on June 2, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

        I further certify that I caused copies of the foregoing document to be served on June 2, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Adam W. Poff, Esquire<br>Robert M. Vrana, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Michael A. Albert, Esquire<br>Eric J. Rutt, Esquire<br>Gerald B. Hrycyszyn, Esquire<br>Marie A. McKiernan, Esquire<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA  02210<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

        */s/ Rodger D. Smith II*

        Rodger D. Smith II (#3778)